UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS RIOS,<br><br>         Plaintiff,<br><br>    v.<br><br>AMICAR, et al.,<br><br>         Defendants. | Case No.: 2:24-cv-01175-APG-BNW<br><br>**ORDER**<br><br>(ECF Nos. 6, 7) |

On June 27, 2024, pro se plaintiff Thomas Rios, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. §. (ECF No. 1-1). Plaintiff subsequently filed an incomplete application to proceed *in forma pauperis*, as well as two motions for an extension to file a financial certificate. (ECF Nos. 5, 6, 7). Plaintiff's motions for an extension are granted. The Court notes that in addition to a financial certificate, Plaintiff must also file **an inmate trust fund account statement for the previous six-month period**. The Court will grant Plaintiff until September 19, 2024, to file these documents.

**I.    DISCUSSION**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the

**inmate's prison or jail trust fund account statement for the previous six-month period**. See 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. See 28 U.S.C. § 1915(b).

## II.     CONCLUSION

It is therefore ordered that Plaintiff's motions for an extension to file a financial certificate (ECF Nos. 6, 7) are **GRANTED**.

It is further ordered that Plaintiff has **until September 19, 2024**, to either pay the full $405 filing fee or file a completed financial certificate that is signed both by the inmate and the prison or jail official, as well as a copy of Plaintiff's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Thomas Rios the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint (ECF No. 1-1) but not file it at this time.

DATED THIS __19__ day of July 2024.

_____
UNITED STATES MAGISTRATE JUDGE