AARON D. FORD
  Attorney General
JOHN REGALIA (Bar No. 16969)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3106 (phone)
(702) 486-3768 (fax)
Email: jregalia@ag.nv.gov

*Attorneys for Defendants*
*Amanda Amacker, Jay Barth,*
*William Kuloloia, and Brandon Silber*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS RIOS,<br><br>               Plaintiff,<br><br>v.<br><br>AMICAR, et al.,<br><br>             Defendants. | Case No. 2:24-cv-01175-APG-BNW<br><br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br>**[First Request]** |

Defendants, Amanda Amacker, Jay Barth, Brandon Silber, and William Kuloloia, by and through counsel, Aaron D. Ford, Nevada Attorney General, and John Regalia, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby move this Court for an extension of time to file a Motion for Summary Judgment. This is the first request to extend the subject deadline.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    RELEVANT BACKGROUND INFORMATION

This is a *pro se* prisoner 42 U.S.C. § 1983 civil rights claim brought by Plaintiff, Thomas Rios (Rios). On September 23, 2025, this Court ordered the discovery deadline for April 15, 2026, and a dispositive motion deadline of May 15, 2026. ECF No. 38.

## II.　ARGUMENT

Defense counsel respectfully requests a fourteen (14) day extension of time to file Defendant's dispositive motion from the current deadline of May 15, 2026, to **May 29, 2026**.

Undersigned Counsel for the case recently took this case in March and at the same time Counsel entered over twenty cases due to unexpected staffing shortages. ECF No. 40. Counsel is working diligently to litigate these new cases including the three cases with Mr. Rios.

Defendant therefore requests a brief, one-time continuance of the dispositive motion deadline in order for counsel to finalize and submit the Motion for Summary Judgment. Defendant respectfully requests an additional fourteen days to prepare Defendants Motion for Summary Judgement.

### A.　Current Deadlines

Dispositive motion deadline:　　　　　　　　　　　　　　　May 15, 2026

### B.　Proposed Deadlines

Dispositive motion deadline:　　　　　　　　　　　　　　　May 29, 2026

### C.　Good Cause Supports this Request

Federal Rule of Civil Procedure 16(b) allows parties to request extensions of deadlines set in the Court's scheduling order. Good cause exists as discussed above so the Defendants can have time to fully prepare and file the Motion for Summary Judgment.

Defendant seeks an additional fourteen (14) days to file the instant dispositive motion in this case. Defendant asserts that the requisite good cause is present to warrant the requested extension of time. Counsel has recently taken this case and the brief extension will not unreasonably delay this litigation as this is the first request to extend the subject deadline. Further, Plaintiff previously agreed to a dispositive motion deadline of July 03, 2026. ECF No. 37.

**III.    CONCLUSION**

Defendant respectfully requests this Court extend the deadline for dispositive motion in this matter. Defendants assert the requisite good cause is present to warrant an extension of time. Therefore, Defendants request additional time, up until **May 29, 2026**, to file dispositive motions in this matter.

DATED this 13th day of May, 2026.

AARON D. FORD
Attorney General

By: /s/ John Regalia
JOHN REGALIA (Bar No. 16969)
Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**
**DATED:** May 14, 2026

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on May 13, 2026, I electronically filed the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** via this Court's electronic filing system.  Parties who are registered with this Court's electronic filing system will be served electronically.

Thomas Rios, #1095769
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070
*Plaintiff, Pro Se*

/s/ Diane Resch
Diane Resch, an employee of the
Office of the Nevada Attorney General